Order issued November 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00362-CR
No. 05-12-00960-CR

**LENARD JUSTIN JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-57722-R, F07-57723-R**

## ORDER
Before Justices FitzGerald, Richter, and Fillmore

Based on the Court's opinion of this date, we **GRANT** the August 13, 2012 motion of Adrienne A. Dunn for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Adrienne A. Dunn as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Lenard Justin Jones, No. 1793143, Hutchins State Jail, 1500 East Langdon Road, Dallas, Texas, 75241.

ROBERT M. FILLMORE
JUSTICE